UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES BRADY, MARK COUDRON, DON DEAN, WILLIAM GRIMM, JIM HEGGE, RON HOCKIN, DALE JOHNSON, KEITH KRAMER, TOM NOVAK, JIM PEDERSON, TOM PENDER, GARY REED, JEFF SEIPEL, TOM SIEM, in their capacity as Trustees of the MINNESOTA LABORERS HEALTH AND WELFARE FUND,

Civil File No. 00-881 JMR/RLE

Plaintiffs,

**STIPULATION TO EXTEND DEADLINES**

vs.

DONALD C. MATTHEWS,

Defendant,

and

DONALD C. MATTHEWS,

Counterclaimant,

vs.

MINNESOTA LABORERS HEALTH AND WELFARE FUND, AND JAMES BRADY, MARK COUDRON, DON DEAN, WILLIAM GRIMM, JIM HEGGE, RON HOCKIN, DALE JOHNSON, KEITH KRAMER, TOM NOVAK, JIM PEDERSON, TOM PENDER, GARY REED, JEFF SEIPEL, TOM SIEM, in their capacity as Trustees of the MINNESOTA LABORERS HEALTH AND WELFARE FUND,

Counterclaim Defendant.

FILED MAR 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, the parties have made reasonable efforts to complete discovery within the previously court-ordered deadlines; and

WHEREAS, the conflicts of counsel and witnesses have prevented discovery from being completed within the previously ordered deadlines.

IT IS HEREBY STIPULATED AND AGREED:

1. That the parties will complete discovery by **May 1, 2001.**

2. The non-dispositive motion deadline will be **June 1, 2001** and the dispositive motion deadline shall be **July 1, 2001.**

Dated: March 23, 2001.

**FRYBERGER, BUCHANAN, SMITH & FREDERICK, P.A.**

Stephanie A. Ball

Stephanie A. Ball
Attorney Registration No. 191991
700 Lonsdale Building
302 West Superior Street
Duluth, Minnesota 55802
(218) 722-0861
ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT, DONALD C. MATTHEWS

Dated: March 23, 2001.

**MCGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED**

Kathleen M. Brennan

Kathleen M. Brennan
Attorney Registration No. 256870
800 Nicollet Mall
Suite 2600
Minneapolis, Minnesota 55402-7035
(612) 338-2525
ATTORNEYS FOR PLAINTIFFS AND COUNTERCLAIM DEFENDANTS

**ORDER**

Based upon the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED:** That the deadline for completion of discovery will be May 1, 2001, the deadline for non-dispositive motions shall be June 1, 2001, and the deadline for dispositive motions shall be July 1, 2001.

**BY THE COURT:**

Dated: 3/26/01

Raymond L. Erickson
Magistrate Judge of United States District Court